UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

AMIR MOUSSAVIAN

Hon. Peter G. Sheridan
Criminal No.: 08-532 (PGS)

ORDER TEMPORARILY
MODIFYING CONDITIONS OF
PRETRIAL RELEASE

THIS MATTER, having been opened to the Court by Joshua P.
Cohn, Esq., as counsel for defendant on notice to and with the
consent of the United States Attorney's Office for the District
of New Jersey (by Assistant United States Attorney L. Judson
Welle) and the United States Pretrial Services Office for the
District of New Jersey (by Pretrial Services Officer Angel
Matos); and good cause appearing for the temporary modification
of the conditions of defendant's pretrial release;

IT IS on this ___10___ day of November, 2009

HEREBY ORDERED as follows:

1.   Amir Moussavian's pretrial travel restrictions are
hereby modified such that he is permitted to travel outside the
United States to destinations pre-approved by the United States
Pretrial Services Office between the dates of November 25, 2009
and December 5, 2009.

2.   During all such travel, Mr. Moussavian shall report by
telephone to the United States Pretrial Services Office when and
as directed by that office.

3.    The Pretrial Services Office or such other governmental custodian of Mr. Moussavian's passports shall provide to Mr. Moussavian his United States passport on or before November 20, 2009 for the sole purpose of effecting the above-referenced travel.

4.    Within two business days of his return to the United States, Mr. Moussavian shall return his passport to the Pretrial Services Office.

5.    All other conditions of defendant's bail shall remain in full force and effect.

_____
HON. PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

The undersigned hereby
consents to the form and
entry of the within Order

_____
L. Judson Welle
Assistant United States Attorney
Office of the United States Attorney
for the District of New Jersey.