UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

v.

AMIR MOUSSAVIAN

---

Hon. Peter G. Sheridan
Criminal No.: 08-532 (PGS)

**ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE**

THIS MATTER, having been opened to the Court by Joshua P. Cohn, Esq., as counsel for defendant on notice to and with the consent of the United States Attorney's Office for the District of New Jersey (by Assistant United States Attorney L. Judson Welle) and the United States Pretrial Services Office for the District of New Jersey (by Pretrial Services Officer Angel Matos); and good cause appearing for the temporary modification of the conditions of defendant's pretrial release;

IT IS on this ___29___ day of December 2009;

HEREBY ORDERED as follows:

1. Amir Moussavian's pretrial travel restrictions are hereby modified such that he is permitted to travel outside the United States to destinations pre-approved by the United States Pretrial Services Office between the dates of January 10, 2010 and January 22, 2010.

2. During all such travel, Mr. Moussavian shall report by telephone to the United States Pretrial Services Office when and as directed by that office.

3. The Pretrial Services Office or such other governmental custodian of Mr. Moussavian's passports shall provide to Mr. Moussavian his United States passport on or before January 6, 2010 for the sole purpose of effecting the above-referenced travel.

4. Within two business days of his return to the United States, Mr. Moussavian shall return his passport to the Pretrial Services Office.

5. All other conditions of defendant's bail shall remain in full force and effect.

12/29/09

HON. PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE


The undersigned hereby consents to the form and entry of the within Order

L. Judson Welle
Assistant United States Attorney
Office of the United States Attorney
for the District of New Jersey